241 So.2d 250

**Theodis JONES et ux.**

**v.**

**FIREMAN'S INSURANCE COMPANY of NEWARK, NEW JERSEY, et al.**

No. 50833.

Sept. 30, 1970.

Writ refused. On the facts found by the Court of Appeal the result is correct.

241 So.2d 250

**Grover E. MURPHY**

**v.**

**Everett HEAD et al.**

No. 50834.

Sept. 30, 1970.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

SUMMERS, Justice, is of the opinion the writ should be granted.